STATE of Missouri, Respondent,

v.

Benjamin G. BENNETT, Appellant.

No. WD 62915.

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

Nancy A. McKerrow, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Benjamin G. Bennett appeals from his conviction for manufacturing a controlled substance (methamphetamine), possessing a controlled substance (methamphetamine), possessing ephedrine with intent to manufacture methamphetamine, possessing drug paraphernalia with intent to manufacture methamphetamine, and possessing a controlled substance (oxycodone). For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 30.25(b).